# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. COLTER WAYNE O'DELL*

Case No. 3:17-cr-00145-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

    Having reviewed *de novo* Magistrate Judge McCoy's Initial Report and Recommendation on Defendant's Motions to Suppress (Docket 74), in conjunction with the parties' Objections (Dockets 80 & 81), and the Magistrate's Final Report and Recommendation, filed under seal (Docket 88), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress proceeds of warrantless seizure of 1995 Jeep Cherokee at Docket 29 and Motion to Suppress proceeds of search warrant 3AN-17-2571 SW at Docket 32 are DENIED WITHOUT PREJUDICE, and Defendant's Sealed Motion to Suppress at Docket 50 is DENIED WITH PREJUDICE.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 9, 2018